

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/14/2012 11:30 AM

COURTROOM 9B

HONORABLE K. MAY

| CASE NUMBER: | | FILING DATE: | |
|---|---|---|---|
| 8:09-bk-06199-KRM | Chapter 7 | 03/31/2011 | |
| **ADVERSARY:** 8:11-ap-00361-KRM | | **Pltf Atty:** | Jacqueline H Palik |
| | | **Dft Atty:** | |
| **DEBTOR:** | Beau Diamond | | |

**HEARING:**

Jansen v. Saxo Bank Group d/b/a Saxo Bank A/S

Cont'd Pretrial/Status Conference

**APPEARANCES:**:
Suzy Tate, Stephen Loosle, William Nissan and Alicia Chang.

**RULING:**
Cont'd Pretrial/Status Conference - 30 days to file an answer; Pretrial Cont'd to 4/17/2012 at 11:00 am; Announced in open court; no further notice given.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).
<b>This is not an official Order of the Court.</b>