UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

BEAU DIAMOND,                                             Case No. 8:09-bk-6199-KRM

       Debtor.                                           Chapter 7
_____/

SHARI STREIT JANSEN,                       Adv. Proc. No. 8:11-ap-361-KRM

       Plaintiff,
vs.

SAXO BANK GROUP D/B/A SAXO
BANK A/S,

       Defendant.
_____/

**ORDER CONTINUING PRE-TRIAL CONFERENCE, TERMINATING ABATEMENT,
AND SETTING DEADLINE FOR DEFENDANT'S ANSWER**

THIS PROCEEDING came on for a continued Pre-Trial Conference on February 14, 2012, at 11:30 a.m. Upon consideration of the representation of the Trustee regarding the status of service on Defendant, Saxo Bank Group d/b/a Saxo Bank A/S ("**Saxo**") and the record, the Court finds it appropriate to continue the Pre-Trial Conference, terminate the abatement, and set a deadline for Saxo to file on answer or responsive pleading. Accordingly, it is

**ORDERED** and **ADJUDGED** that:

1. A Pre-Trial Conference shall be held on **April 17, 2012 at 11:00 a.m.** before the Honorable K. Rodney May, Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.

2. The abatement of this Adversary Proceeding is hereby terminated.

3. The deadline for Saxo to file an answer or responsive pleading to *Amended*

*Complaint for Nunc Pro Tunc Substantive Consolidation and to Avoid and Recover Fraudulent Transfers* (Doc. No. 8) shall be thirty (30) days from the date of entry of this Order.

DONE and ORDERED at Tampa, Florida on ___March 02, 2012___

K. Rodney May
United States Bankruptcy Judge

Conformed copies to:
**Suzy Tate**, Jennis & Bowen, P.L., 400 North Ashley Drive, Suite 2540, Tampa, FL 33602
**Saxo Bank Group d/b/a/ Saxo Bank A/S,** pro se, Saxo Bank A/S Headquarters, Philip Heymans Alle 15, DK – 2900 Hellerup, Hellerup 2900