United States Bankruptcy Court
Middle District of Florida

Jansen,
    Plaintiff

Adv. Proc. No. 11-00361-KRM

Saxo Bank Group d/b/a Saxo Bank A/S,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113A-8        User: rscanlon        Page 1 of 2        Date Rcvd: Mar 02, 2012
                          Form ID: pdfdoc       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2012.
aty          +Forizs & Dogali, P.A.,    c/o Robert Wahl, Esq.,    4301 Anchor Plaza Parkway,    Suite 300,
               Tampa, FL 33634-7521
              Saxo Bank Group d/b/a Saxo Bank A/S,    Philip Heymans Alle 15,    DK - 2900 Hellerup,
               Hellerup 2900,    DENMARK
pla          +Shari Streit Jansen,    Chapter 7 Trustee,    P. O. Box 50667,    Sarasota, FL 34232-0305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           Saxo Bank Group d/b/a Saxo Bank A/S,    Saxo Bank A/S Headquarters,    Philip Heymans Alle 15,
               DK - 2900 Hellerup,    Hellerup,    2900
                                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2012**            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113A-8           User: rscanlon              Page 2 of 2                  Date Rcvd: Mar 02, 2012
                               Form ID: pdfdoc             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2012 at the address(es) listed below:
        Suzy  Tate    on behalf of Plaintiff Shari Jansen ecf@jennisbowen.com, state@jennisbowen.com;kkearney@jennisbowen.com;jandb.ecf@gmail.com
        Zala L Forizs    on behalf of Attorney  Forizs & Dogali, P.A. zforizs@forizs-dogali.com, tjossi@forizs-dogali.com
        TOTAL: 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

BEAU DIAMOND,                                         Case No. 8:09-bk-6199-KRM

       Debtor.                                              Chapter 7
_____/

SHARI STREIT JANSEN,                                  Adv. Proc. No. 8:11-ap-361-KRM

       Plaintiff,

vs.

SAXO BANK GROUP D/B/A SAXO
BANK A/S,

       Defendant.
_____/

## ORDER CONTINUING PRE-TRIAL CONFERENCE, TERMINATING ABATEMENT, AND SETTING DEADLINE FOR DEFENDANT'S ANSWER

THIS PROCEEDING came on for a continued Pre-Trial Conference on February 14, 2012, at 11:30 a.m. Upon consideration of the representation of the Trustee regarding the status of service on Defendant, Saxo Bank Group d/b/a Saxo Bank A/S ("**Saxo**") and the record, the Court finds it appropriate to continue the Pre-Trial Conference, terminate the abatement, and set a deadline for Saxo to file on answer or responsive pleading. Accordingly, it is

**ORDERED** and **ADJUDGED** that:

1. A Pre-Trial Conference shall be held on **April 17, 2012 at 11:00 a.m.** before the Honorable K. Rodney May, Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.

2. The abatement of this Adversary Proceeding is hereby terminated.

3. The deadline for Saxo to file an answer or responsive pleading to *Amended*

*Complaint for Nunc Pro Tunc Substantive Consolidation and to Avoid and Recover Fraudulent Transfers* (Doc. No. 8) shall be thirty (30) days from the date of entry of this Order.

DONE and ORDERED at Tampa, Florida on ___March 02, 2012___

K. Rodney May
United States Bankruptcy Judge

Conformed copies to:
**Suzy Tate**, Jennis & Bowen, P.L., 400 North Ashley Drive, Suite 2540, Tampa, FL 33602
**Saxo Bank Group d/b/a/ Saxo Bank A/S,** pro se, Saxo Bank A/S Headquarters, Philip Heymans Alle 15, DK – 2900 Hellerup, Hellerup 2900