UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

                                        Case No.: 8:09-bk-6199-KRM

BEAU DIAMOND,

                                        Chapter 7

  Debtor.
_____/

SHARI STREIT JANSEN,

                                        **ALL ADVERSARY PROCEEDINGS**

    Plaintiff,                                  **LISTED BELOW**

vs.

  Defendants.
_____/

ORDER SCHEDULING CONTINUED
PRE-TRIAL CONFERENCE OF ADVERSARY PROCEEDINGS

      **THE FOLLOWING ADVERSARY PROCEEDINGS** (the "**Adversary Proceedings**") came before the Court for consideration:

| Ad. Proc. No. | Defendant |
|---|---|
| 8:10-ap-00157-KRM | Stephens, Barbara |
| 8:10-ap-00653-KRM | Siegel, Craig |
| 8:10-ap-00706-KRM | DeSylvestor, John |
| 8:10-ap-00751-KRM | Kellum, Daniel |
| 8:10-ap-00786-KRM | Adalaida L. Kuty Family Trust |
| 8:10-ap-00789-KRM | Kuty, Dennis |
| 8:10-ap-01011-KRM | Diamond, Harvey |
| 8:10-ap-01012-KRM | McCarty, Shawn |
| 8:10-ap-01033-KRM | Ellis, Steve |
| 8:10-ap-01089-KRM | Campbell, Thomas |
| 8:10-ap-01154-KRM | Solorzano, Philip |
| 8:10-ap-01284-KRM | Arellano, Sergio |
| 8:10-ap-01522-KRM | McCarty, Drew |
| 8:10-ap-01523-KRM | Lenahan, Caryl |
| 8:10-ap-01524-KRM | Corella, Bill |
| 8:10-ap-01526-KRM | Scent Jewels Inc./Mikel Jaims |
| 8:10-ap-01531-KRM | Vedeler, Christopher |
| 8:10-ap-01550-KRM | Folit, Ruth |
| 8:10-ap-01557-KRM | Gallegos, Gustavo |
| 8:10-ap-01566-KRM | Winaccount Corp/Jonathan Carr |
| 8:10-ap-01577-KRM | Cubitt, Zachary |

| 8:10-ap-01579-KRM | Stephens, Clark |
|---|---|
| 8:10-ap-01588-KRM | Fit for Life, LLC |
| 8:11-ap-00062-KRM | Bamlett, Douglas |
| 8:11-ap-00346-KRM | Collins, Eric |
| 8:11-ap-00347-KRM | Hanna, Jeffrey |
| 8:11-ap-00355-KRM | Frank, Bruce and Angel Annie Humanitarian, LLC a/k/a Angel Annie Humanitarian Trust, LLC, et al. |
| 8:11-ap-00361-KRM | Saxo Bank Group d/b/a Saxo Bank A/S |

whereupon the Court determined it appropriate to schedule a continued pre-trial conference. Accordingly, it is

**ORDERED and ADJUDGED** that:

1. Pre-Trial Conferences for all of the above Adversary Proceedings shall be held on **January 22, 2013 at 11:30 a.m.** before the Honorable K. Rodney May, Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.

**DONE** and **ORDERED** at Tampa, Florida on December 11, 2012.

Honorable K. Rodney May
United States Bankruptcy Judge

Conformed copies to:
Parties on attached service list

{00198483.DOCX;1}

**SERVICE LIST**

| | |
|---|---|
| Edward C. Royer, Esquire<br>Lowy Royer Law Firm<br>3907 Henderson Blvd. Ste. 200<br>Tampa, FL  33629<br>Attorney for:  Thomas Campbell, Frank Campos, Bill Corella, John DeSylvester, Ruth Folit, Blanda Glisson, Daniel Kellum, Steven Sanchez, Joseph Stephens, Chris Vedeler | Joel S. Treuhalft, Esquire<br>Richard Rodriguez, Esquire<br>Palm Harbor Law Group, PA<br>2997 Alternate US 19, Suite B<br>Palm Harbor, FL  34683<br>Attorney for:  Douglas Bamlett, Drew McCarty, Shawn McCarty |
| Sergio Arellano<br>11042 Keswick St.<br>Sun Valley, CA  91352 | Blue Ash, Inc.<br>c/o Robert N. Zimmerman, Esq.<br>3922 N. Tampa Street<br>Tampa, FL  3360 |
| Zachary Cubitt<br>5591 Cannes Circle Apt. 404<br>Sarasota, FL  34231 | Harvey Diamond<br>8424 Midnight Pass Road<br>Sarasota, FL  34242 |
| Steve Ellis<br>c/o Harry W. Haskins, Esq.<br>SunTrust Building<br>3400 S. Tamiami Trail Ste 201<br>Sarasota, FL  34239 | Gustavo Gallegos<br>10516 Telfair Avenue<br>Pacoima, CA  91331 |
| Jeffrery Hanna<br>2301 N. Tamiami Trail<br>Unit A<br>Nokomis, FL  34275 | Sergio Gallegos<br>10516 Telfair Avenue<br>Pacoima, CA  91331 |
| Scent Jewels, Inc.<br>c/o Mikel Jaims<br>3006 S. Salinda Del Sol<br>Mesa, AZ  85202 | Mikel Jaims<br>3006 S. Salida Del Sol<br>Mesa, AZ  85202 |
| Adalaida L. Kuty Family Trust<br>c/o Clifford Geismar, Esq.<br>Crealde Executive Center<br>2431 Aloma Avenue, Ste. 153<br>Winter Park, FL  32792 | Dennis Kuty<br>c/o Clifford Geismar, Esq.<br>Crealde Executive Center<br>2431 Aloma Avenue, Ste. 153<br>Winter Park, FL  32792 |
| Caryl Lenahan<br>4709 Maid Marian Lane<br>Sarasota, FL  34232 | Saxo Bank Group d/b/a Saxo Bank A/S<br>Saxo Bank A/S Headquarters<br>Philip Heymans Alle 15<br>DK - 2900 Hellerup<br>Hellerup 2900 |
| Clark Stevens<br>601 Eighth Street<br>Magdelena, NM  87825 | Barbara Stephens<br>11306 Blue Sage Place<br>Lakewood Ranch, FL 34202 |
| Philip Solorzano<br>c/o Tonya Willis Pitts, Esq.<br>1819 Main Street, Ste. 207 | Team Partners, LLC<br>Team Realtors<br>TM Construction of Sarasota, Inc. |

{00188896.DOCX;1}

| | |
|---|---|
| Sarasota, FL  34236 | c/o Joseph Stephens<br>11306 Blue Sage Place<br>Lakewood Ranch, FL  34202 |
| Joseph Stephens<br>11306 Blue Sage Place<br>Lakewood Ranch, FL  34202 | Craig Siegel<br>Steven R. Wirth, Esq.<br>Akerman Senterfitt<br>401 E. Jackson Street, Ste. 1700<br>Tampa, FL  33602 |
| Winaccount Corp<br>Jonathan Carr<br>64 Berkeley<br>Irving, CA  92612 | Eric Collins<br>220 Newport Center Drive<br>Suite 11-246<br>Newport Beach, CA  92660 |
| Bruce Frank<br>495 High Street<br>Monroe, NY  10950 | Linda S. Deavers<br>7969 Englewood Road<br>Indianapolis, IN  46240 |
| Fit For Life, Inc.<br>c/o Donald Schnell<br>5795 S. Sandhill Road, Suite F<br>Las Vegas, NV  89120 | |