United States Bankruptcy Court
Middle District of Florida

Jansen,
    Plaintiff

Adv. Proc. No. 11-00361-KRM

Saxo Bank Group d/b/a Saxo Bank A/S,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113A-8    User: esharon    Page 1 of 2    Date Rcvd: Dec 11, 2012
                      Form ID: pdfdoc   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2012.
aty        +Forizs & Dogali, P.A.,   c/o Robert Wahl, Esq.,   4301 Anchor Plaza Parkway,   Suite 300,
             Tampa, FL 33634-7521
pla        +Shari Streit Jansen,   Chapter 7 Trustee,   P. O. Box 50667,   Sarasota, FL 34232-0305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
pla        +E-mail/Text: sharijansen@comcast.net Dec 12 2012 05:58:45     Shari Streit Jansen,
            Chapter 7 Trustee,   P. O. Box 50667,   Sarasota, FL 34232-0305
                                                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft         Saxo Bank Group d/b/a Saxo Bank A/S,   Saxo Bank A/S Headquarters,   Philip Heymans Alle 15,
             DK - 2900 Hellerup,   Hellerup,   2900
                                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2012**                                            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113A-8           User: esharon              Page 2 of 2                   Date Rcvd: Dec 11, 2012
                               Form ID: pdfdoc            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2012 at the address(es) listed below:
    Suzy  Tate    on behalf of Plaintiff Shari Jansen ecf@jennisbowen.com,
     state@jennisbowen.com;kkearney@jennisbowen.com;jandb.ecf@gmail.com
    Zala L Forizs    on behalf of Attorney  Forizs & Dogali, P.A. zforizs@forizs-dogali.com,
     ksutton@forizs-dogali.com
                                         TOTAL: 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

                                             Case No.: 8:09-bk-6199-KRM

BEAU DIAMOND,

                                             Chapter 7

  Debtor.
_____/
SHARI STREIT JANSEN,

                                             **ALL ADVERSARY PROCEEDINGS**

    Plaintiff,                                **LISTED BELOW**

vs.

    Defendants.
_____/

**ORDER SCHEDULING CONTINUED
PRE-TRIAL CONFERENCE OF ADVERSARY PROCEEDINGS**

**THE FOLLOWING ADVERSARY PROCEEDINGS** (the "**Adversary Proceedings**") came before the Court for consideration:

| Ad. Proc. No. | Defendant |
|---|---|
| 8:10-ap-00157-KRM | Stephens, Barbara |
| 8:10-ap-00653-KRM | Siegel, Craig |
| 8:10-ap-00706-KRM | DeSylvestor, John |
| 8:10-ap-00751-KRM | Kellum, Daniel |
| 8:10-ap-00786-KRM | Adalaida L. Kuty Family Trust |
| 8:10-ap-00789-KRM | Kuty, Dennis |
| 8:10-ap-01011-KRM | Diamond, Harvey |
| 8:10-ap-01012-KRM | McCarty, Shawn |
| 8:10-ap-01033-KRM | Ellis, Steve |
| 8:10-ap-01089-KRM | Campbell, Thomas |
| 8:10-ap-01154-KRM | Solorzano, Philip |
| 8:10-ap-01284-KRM | Arellano, Sergio |
| 8:10-ap-01522-KRM | McCarty, Drew |
| 8:10-ap-01523-KRM | Lenahan, Caryl |
| 8:10-ap-01524-KRM | Corella, Bill |
| 8:10-ap-01526-KRM | Scent Jewels Inc./Mikel Jaims |
| 8:10-ap-01531-KRM | Vedeler, Christopher |
| 8:10-ap-01550-KRM | Folit, Ruth |
| 8:10-ap-01557-KRM | Gallegos, Gustavo |
| 8:10-ap-01566-KRM | Winaccount Corp/Jonathan Carr |
| 8:10-ap-01577-KRM | Cubitt, Zachary |

| | |
|---|---|
| 8:10-ap-01579-KRM | Stephens, Clark |
| 8:10-ap-01588-KRM | Fit for Life, LLC |
| 8:11-ap-00062-KRM | Bamlett, Douglas |
| 8:11-ap-00346-KRM | Collins, Eric |
| 8:11-ap-00347-KRM | Hanna, Jeffrey |
| 8:11-ap-00355-KRM | Frank, Bruce and Angel Annie Humanitarian, LLC a/k/a Angel Annie Humanitarian Trust, LLC, et al. |
| 8:11-ap-00361-KRM | Saxo Bank Group d/b/a Saxo Bank A/S |

whereupon the Court determined it appropriate to schedule a continued pre-trial conference. Accordingly, it is

**ORDERED and ADJUDGED** that:

1. Pre-Trial Conferences for all of the above Adversary Proceedings shall be held on **January 22, 2013 at 11:30 a.m.** before the Honorable K. Rodney May, Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.

**DONE** and **ORDERED** at Tampa, Florida on December 11, 2012.

Honorable K. Rodney May
United States Bankruptcy Judge

Conformed copies to:
Parties on attached service list

{00198483.DOCX;1}     2

**SERVICE LIST**

| | |
|---|---|
| Edward C. Royer, Esquire<br>Lowy Royer Law Firm<br>3907 Henderson Blvd. Ste. 200<br>Tampa, FL 33629<br>Attorney for: Thomas Campbell, Frank Campos, Bill Corella, John DeSylvester, Ruth Folit, Blanda Glisson, Daniel Kellum, Steven Sanchez, Joseph Stephens, Chris Vedeler | Joel S. Treuhalft, Esquire<br>Richard Rodriguez, Esquire<br>Palm Harbor Law Group, PA<br>2997 Alternate US 19, Suite B<br>Palm Harbor, FL 34683<br>Attorney for: Douglas Bamlett, Drew McCarty, Shawn McCarty |
| Sergio Arellano<br>11042 Keswick St.<br>Sun Valley, CA 91352 | Blue Ash, Inc.<br>c/o Robert N. Zimmerman, Esq.<br>3922 N. Tampa Street<br>Tampa, FL 3360 |
| Zachary Cubitt<br>5591 Cannes Circle Apt. 404<br>Sarasota, FL 34231 | Harvey Diamond<br>8424 Midnight Pass Road<br>Sarasota, FL 34242 |
| Steve Ellis<br>c/o Harry W. Haskins, Esq.<br>SunTrust Building<br>3400 S. Tamiami Trail Ste 201<br>Sarasota, FL 34239 | Gustavo Gallegos<br>10516 Telfair Avenue<br>Pacoima, CA 91331 |
| Jeffrery Hanna<br>2301 N. Tamiami Trail<br>Unit A<br>Nokomis, FL 34275 | Sergio Gallegos<br>10516 Telfair Avenue<br>Pacoima, CA 91331 |
| Scent Jewels, Inc.<br>c/o Mikel Jaims<br>3006 S. Salinda Del Sol<br>Mesa, AZ 85202 | Mikel Jaims<br>3006 S. Salida Del Sol<br>Mesa, AZ 85202 |
| Adalaida L. Kuty Family Trust<br>c/o Clifford Geismar, Esq.<br>Crealde Executive Center<br>2431 Aloma Avenue, Ste. 153<br>Winter Park, FL 32792 | Dennis Kuty<br>c/o Clifford Geismar, Esq.<br>Crealde Executive Center<br>2431 Aloma Avenue, Ste. 153<br>Winter Park, FL 32792 |
| Caryl Lenahan<br>4709 Maid Marian Lane<br>Sarasota, FL 34232 | Saxo Bank Group d/b/a Saxo Bank A/S<br>Saxo Bank A/S Headquarters<br>Philip Heymans Alle 15<br>DK - 2900 Hellerup<br>Hellerup 2900 |
| Clark Stevens<br>601 Eighth Street<br>Magdelena, NM 87825 | Barbara Stephens<br>11306 Blue Sage Place<br>Lakewood Ranch, FL 34202 |
| Philip Solorzano<br>c/o Tonya Willis Pitts, Esq.<br>1819 Main Street, Ste. 207 | Team Partners, LLC<br>Team Realtors<br>TM Construction of Sarasota, Inc. |

| | |
|---|---|
| Sarasota, FL  34236 | c/o Joseph Stephens<br>11306 Blue Sage Place<br>Lakewood Ranch, FL  34202 |
| Joseph Stephens<br>11306 Blue Sage Place<br>Lakewood Ranch, FL  34202 | Craig Siegel<br>Steven R. Wirth, Esq.<br>Akerman Senterfitt<br>401 E. Jackson Street, Ste. 1700<br>Tampa, FL  33602 |
| Winaccount Corp<br>Jonathan Carr<br>64 Berkeley<br>Irving, CA  92612 | Eric Collins<br>220 Newport Center Drive<br>Suite 11-246<br>Newport Beach, CA  92660 |
| Bruce Frank<br>495 High Street<br>Monroe, NY  10950 | Linda S. Deavers<br>7969 Englewood Road<br>Indianapolis, IN  46240 |
| Fit For Life, Inc.<br>c/o Donald Schnell<br>5795 S. Sandhill Road, Suite F<br>Las Vegas, NV  89120 | |