UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

                                  Case No. 8:09-bk-06199-KRM

BEAU DIAMOND,

                              apt

      Debtor.
_____/

SHARI STREIT JANSEN,
AS CHAPTER 7 TRUSTEE,

      Plaintiff,                            Adversary No. 8:11-ap-0361-KRM

v.

SAXO BANK GROUP d/b/a
SAXO BANK A/S,

      Defendant.
_____/

**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**THIS PROCEEDING** came before the Court for consideration of the *Motion for Entry of Default Judgment* (Adv. Doc. No. 44) (the "**Motion**") filed by Shari Streit Jansen (the "**Plaintiff**"). The Court, having reviewed the *Amended Complaint for Nunc Pro Tunc Substantive Consolidation and to Avoid and Recover Fraudulent Transfers* (Adv. Doc. No. 1) filed to initiate this adversary proceeding, the Motion, and the *Declaration of Shari Streit Jansen in Support of Motion for Entry of Default Judgment* (attached to the Motion as Exhibit "A" in support thereof), finds it appropriate to enter a final judgment by default in favor of Plaintiff and against Defendant, Saxo Bank Group d/b/a Saxo Bank A/S. Accordingly, it is

    **ORDERED:**

    1.      The Motion is **GRANTED**.

2. Pursuant to <u>Fed. R. Civ. P.</u> 54(b), made applicable to this proceeding by <u>Fed. R. Bankr. P.</u> 7054, the Court shall enter a separate final judgment by default in favor of Plaintiff and against Defendant, Saxo Bank Group d/b/a Saxo Bank A/S.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on January 10, 2013.

K. Rodney May
United States Bankruptcy Judge

Copies furnished via CM/ECF or BNC to:

**Suzy Tate**, Jennis & Bowen, P.L. 400 N. Ashley Drive, Ste. 2540, Tampa, FL 33602
**Saxo Bank Group d/b/a Saxo Bank A/S,** Philip Heymans Alle 15, 2900 Hellerup Denmark